**Order entered April 8, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00025-CV

### SHANNON RICE, Appellant

### V.

### PATRICIA WOOD, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-19-03744-D**

## ORDER

Before the Court is appellant's April 6, 2020 agreed motion for an extension of time to file her opening brief. We **GRANT** the motion and **ORDER** appellant's opening brief be filed no later than May 6, 2020.

/s/    BILL WHITEHILL
           JUSTICE